PD-0518&0519-15

PD-0518-15 & PD-0519-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/4/2015 10:59:08 AM
Accepted 5/4/2015 3:38:14 PM
ABEL ACOSTA
CLERK

In the
Court of Criminal Appeals of Texas

Cause No. 14-14-00521-CR & 14-14-00522-CR
In the
Court of Appeals for the Fourteenth District of Texas
at Houston

FILED IN
COURT OF CRIMINAL APPEALS

May 4, 2015

ABEL ACOSTA, CLERK

GARY ISHMAEL BOLIN
*Appellant*

v.

THE STATE OF TEXAS
*Appellee*

MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR
DISCRETIONARY REVIEW

Pursuant to Rules 68.2(c), 10.5(b) and 9.3(b) Appellant respectfully requests this Court to grant this motion for extension of time to file Appellant's Petition for Discretionary Review, and offers the following facts in support of this request:

1. Appellant's conviction was affirmed in the Court of Appeals for the Fourteenth District of Texas on March 19, 2015. No motion for rehearing was filed.

2. Appellant's Petition For Discretionary Review was due on April 20, 2015.

3. No previous extension has been requested. The undersigned attorney is responsible for several other appeals and needed additional time to prepare a petition.

4. The undersigned respectfully requests an extension for 30 days until Wednesday, May 20, 2015, to file his Petition for Discretionary Review which will be filed under separate cover.

Appellant respectfully prays this Honorable Court grant his motion for extension of time to file his petition for discretionary review.

Respectfully submitted,

/s/ Casey Garrett

Casey Garrett
1214 Heights Boulevard
Houston, Texas  77008
(713) 228-3800
Texas Bar No. 00787197

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been served through the e-file system to the following recipient:

Harris County Office of the District Attorney
Appellate Division
1201 Franklin, Suite 600
Houston, Texas 77002


/s/ Casey Garrett

Casey Garrett
1214 Heights Boulevard
Houston, Texas 77008
(713) 228-3800
Texas Bar No. 00787197

3